**September 19, 1997**

| | | |
|---|---|---|
| 20283 | Eline v. State | Affirmed |
| 19346 | State v. Hicks | Affirmed |
| 19943 | State v. Wong | Affirmed |